# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: **TIMOTHY J. SHEA, II** | ) ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>NO.: 06-mc-10241 |

## ORDER TO SHOW CAUSE

WHEREAS, the Supreme Judicial Court for the Commonwealth of Massachusetts has caused to be filed with this Court a certified copy of a judgment or order demonstrating that the aforementioned attorney has been disciplined.

WHEREAS, notice of said filing has been served upon **TIMOTHY J. SHEA, II**, along with a copy of said filing and a copy of Local Rule 83.6.

WHEREFORE, pursuant to Local Rule 83.6(2)(B)(ii), **TIMOTHY J. SHEA, II** is hereby ordered to inform this Court within thirty (30) days of any claim predicated upon the grounds set forth in subsection (2)(D) of Local Rule 83.6 that the imposition of the identical discipline by this Court would be unwarranted, the reasons therefor, and whether a hearing is requested.

DATED: June 29, 2006        BY: _/s/ Sarah Allison Thornton_
                                 Sarah Allison Thornton
                                 Clerk of Court